### 14678. CAIN *v.* TRION COMPANY.

BLOODWORTH, J. The court properly granted a nonsuit in this case.
    *Judgment affirmed. Broyles, O. J., and Luke, J., concur.*
                    DECIDED OCTOBER 3, 1923.

Action for malicious prosecution; from Chattooga superior court — Judge Wright. March 15, 1923.

*Wesley Shropshire, Willingham, Wright & Covington,* for plaintiff. *Maddox, Lipscomb & Matthews,* for defendant.